**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| BONNIE L. PROSSER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-cv-0978-SEB-VSS |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Bonnie L. Prosser is not entitled to Disability Insurance Benefits based on her application filed on November 27, 2000, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

Date: 01/13/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles D. Hankey, charleshankey@hankeylawoffice.com

Thomas E. Kieper, UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov